[No. 18263-3-I. Division One. April 6, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
SHEILA ROBINSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-1-01988-8, John M. Darrah, J., entered
April 4, 1986. *Reversed* by unpublished per curiam opinion.

[No. 17790-7-I. Division One. April 6, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
J. BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-1-02157-2, Donald D. Haley, J., entered
January 10, 1986. *Affirmed* by unpublished opinion per
Ringold, A.C.J., concurred in by Williams and Pekelis, JJ.

[No. 15975-5-I. Division One. April 6, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
ALAN COCHRAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-02609-6, Stephen M. Reilly, J., entered
January 17, 1985. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Webster and Pekelis, JJ.

[No. 16361-2-I. Division One. April 6, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE
BRIAN GREENWOOD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-03490-1, Jim Bates, J., entered April 23,
1985. *Affirmed* by unpublished opinion per Pekelis, J., con-
curred in by Coleman and Grosse, JJ.